1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,            )
8            Plaintiff,                 )   NO. CR-12-2061-LRS-1
                                        )
9                                       ) **ORDER GRANTING**
                                        ) **MOTION TO WITHDRAW**
10       v.                             ) **MOTION**
                                        )
11                                      )
   KARA LYNN STAHI,                     )
12           Defendant.                 )
13  _____ )

14       Defendant's Motion To Withdraw Motion Filed Pursuant To 28 U.S.C. §

15  2255 (ECF No. 177), and Motion To Expedite hearing of the same (ECF No.

16  178), are **GRANTED**.  Defendant's § 2255 Motion (ECF No. 171) is

17  **WITHDRAWN** and no longer considered pending.

18       **IT IS SO ORDERED.**  The District Court Executive is directed to enter

19  this order, provide copies to counsel, and re-close this file, if necessary.

20       **DATED** this ___31st___ day of August, 2016.

21                              ***s/Lonny R. Suko***

22                    _____
                                  LONNY R. SUKO
23                       Senior United States District Judge

24
25
26
27
**ORDER GRANTING MOTION**
28  **TO WITHDRAW MOTION-          1**